LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-09-00181 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING STATUS<br>) CONFERENCE |
| ADRAN FRANCO-MARTINEZ, | ) |
| Defendant. | ) Time: 8:30 am<br>) Date: Mon., July 6, 2009<br>) Court: Hon. William B. Shubb |

The parties request that the status conference currently set for Monday, July 6, 2009, at 8:30 a.m., be continued to Monday, August 3, 2009, at 8:30 a.m., and stipulate that the time beginning Monday, July 6, 2009, and extending through August 3, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.  I have communicated with defense counsel, Lexi Negin, and she has asked, subject to the court's approval, for this continuance.

The parties are currently involved in pre-trial negotiations.  Based upon the information uncovered during these

1

1  negotiations, each side needs additional time for further
2  investigation and preparation.
3      Accordingly, the parties believe that the continuance should
4  be excluded from the calculation of time under the Speedy Trial
5  Act.  The additional time is necessary to ensure effective
6  preparation, taking into account the exercise of due diligence.
7  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of
8  justice served by granting this continuance outweigh the best
9  interests of the public and the defendant in a speedy trial.  18
10 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


15 DATED: July 1, 2009           By:  /s/ Michael D. Anderson
                                    MICHAEL D. ANDERSON
16                                  Assistant U.S. Attorney


19 DATED: July 1, 2009           By:  /s/ Michael D. Anderson for
                                    LEXI NEGIN
20                                  Attorney for the Defendant



                                **ORDER**

24    The status conference in case number S-09-181 WBS, currently
25 set for Monday, July 6, 2009, at 8:30 a.m., is continued to
26 Monday, August 3, 2009, at 9:00 a.m., and the time beginning July
27 6, 2009, and extending through August 3, 2009, is excluded from
28 the calculation of time under the Speedy Trial Act in accordance

                                   2

1  with 18 U.S.C. § 3161 and Local Code T4.
2  IT IS SO ORDERED.
3  DATED:  July 2, 2009

    _____
    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE