DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRAN FRANCO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-181 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ADRAN FRANCO-MARTINEZ, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on September 14, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 14, 2009, be continued until October 13, 2009. In addition, the parties stipulate that the time period from September 14, 2009, to October 13, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

///

///

1

1  DATED:September 11, 2009

                   Respectfully submitted,

   LAWRENCE G. BROWN                DANIEL BRODERICK
   United States Attorney           Federal Defender


   */s/ Lexi Negin for*              */s/ Lexi Negin*
   MICHAEL ANDERSON                 LEXI NEGIN
   Assistant U.S. Attorney          Assistant Federal Defender
   Attorney for United States       Attorney for Adran Franco-Martinez

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-181 WBS |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ADRAN FRANCO-MARTINEZ, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on September 11, 2009,  IT IS HEREBY ORDERED that the status conference currently scheduled for September 14, 2009,  be vacated and that the case be set for Tuesday, October 13, 2009, at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 11, 2009 stipulation, the time under the Speedy Trial Act is excluded from September 14, 2009, through October 13, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  September 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2